# United States Court of Appeals
## For the First Circuit

No. 17-1512

MARTHA ISABELLE BONILLA-RAMIREZ,

Plaintiff, Appellant,

v.

MVM, INC., d/b/a MVM Security, Inc., a/k/a MVM International Security, Inc.; CHRISTOPHER MARTIN MCHALE,

Defendants, Appellees,

JEH CHARLES JOHNSON, acting in his individual capacity; LORETTA E. LYNCH, acting in her individual capacity; KIRSTJEN NIELSEN, acting in her official capacity; ELPIDIO NUNEZ; JEFFERSON B. SESSIONS, III, acting in his official capacity; UNITED STATES DEPTARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF JUSTICE,

Defendants.

**ERRATA SHEET**

The opinion of this Court, issued on September 14, 2018, is amended as follows:

On page 11, line 16, replace "Rodriquez" with "Rodriguez"